IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
|    Plaintiff | * |
| v. | *   Civil No.: 21-CV-1474 |
| $14,363.00 IN U.S. CURRENCY | * |
|    Defendant | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF CLAIM TO DEFENDANT CURRENCY

Shonte N. Norris, claimant, by and through her attorney, Tae H. Kim, Esq., hereby files this claim to the defendant currency pursuant to Supplemental Rule G(5) and states:

1. Claimant, Shonte N. Norris, received a Notice of Complaint for Forfeiture dated June 16, 2021 wherein the United States of America is seeking the forfeiture of currency in the amount of $14,363.00.

2. The Claimant is claiming ownership of the currency in the amount of $14,363.00.

3. The Claimant is the rightful owner of the defendant currency which was obtained through lawful means.

4. The Claimant shall file an answer to the Complaint for Forfeiture within 21 days of the filing of this Notice of Claim as required.

Respectfully submitted,

_____/s/_____
Tae H. Kim, Esq.
5501 Twin Knolls Road, Suite 102
Columbia, MD 21045
410-730-1020
thkim@attorneytaekim.com
Bar No.: 26183
**Attorney for Claimant**

I hereby affirm under the penalties of perjury that I am over the age of 18 and the statements made in the foregoing Notice of Claim are true and accurate.

_____
Shonte N. Norris

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2021, the foregoing Notice of Claim was served electronically on Daryl L. Tarver, Assistant U.S. Attorney.

_____/s/_____
Tae H. Kim, Esq.