**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **Plaintiff** | * | |
| **v.** | * | **Civil No.: 21-CV-1474** |
| **$14,363.00 IN U.S. CURRENCY** | * | |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \*

### CLAIMANT, SHONTE NORRIS' ANSWER TO COMPLAINT

Shonte N. Norris, claimant, by and through her attorney, Tae H. Kim, Esq., hereby files this answer to the complaint for forfeiture *in rem* and states:

1. The defendant currency was obtained by lawful means by the claimant, Shonte Norris ("Norris"), and should not be subject to forfeiture.

2. Norris denies the allegations in paragraph 1 of the Complaint.

3. Norris admits the allegations in paragraph 2 of the Complaint.

4. Norris does not know the whereabouts of the currency and, as such, cannot admit or deny the veracity of the statements in paragraph 3.

5. Norris admits the allegations in paragraph 4 of the Complaint.

6. Norris has not received a copy of the Declaration of Special Agent Corey Conyers and, as such, cannot admit or deny the veracity of the statements in paragraph 5.

7. Norris admits the allegations in paragraph 6 of the Complaint.

8. Norris denies the allegations in paragraph 7 of the Complaint.

9. Norris admits the allegations in paragraph 8 of the Complaint.

10. Norris admits the allegations in paragraph 9 of the Complaint.

11. Norris admits the allegations in paragraph 10 of the Complaint.

12. Norris denies the allegations in paragraph 11 of the Complaint.

Respectfully submitted,

_____/s/_____
Tae H. Kim, Esq.
5501 Twin Knolls Road, Suite 102
Columbia, MD 21045
410-730-1020
thkim@attorneytaekim.com
Bar No.: 26183
**Attorney for Claimant**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2021, the foregoing Answer was served electronically on Daryl L. Tarver, Assistant U.S. Attorney.

_____/s/_____
Tae H. Kim, Esq.